IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTONIO RICARDO JONES,        ) | |
| ) | |
| Plaintiffs,       ) | |
| ) | CIVIL ACTION NO. |
| v.                ) | 2:19cv686-MHT |
| ) | (WO) |
| TIMOTHY D. ISSAC, et al.,    ) | |
| ) | |
| Defendants.       ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he was beaten by correctional officers and that officers who witnessed the beating failed to intervene. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of February, 2022.

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**